# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

YVETTE BERMUDEZ,

      Plaintiff,

  v.

STATE OF NEW JERSEY and
DEPARTMENT OF CHILDREN &
FAMILIES, Division of Youth & Family
Service Hudson North Local Office,

      Defendants.

**ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**

Case Number: - 09-6358 (WJM)

Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

IT IS ORDERED that the application is:

☐ GRANTED, and

    ☐ The Clerk is directed to file the complaint, and

    ☐ IT IS FURTHER ORDERED that the clerk issue summons and the United States Marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☒ DENIED, for the following reasons:

    Plaintiff's application to proceed *in forma pauperis* demonstrates sufficient income to pay the filing fee necessary to commence a civil action.

☒ and the Clerk is directed to close the file.

Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen this case.

ENTERED this \_\_\_11th\_\_\_ day of January, 2010.

_____
Signature of Judicial Officer

_____
Name and Title of Judicial Officer